### In re the MARRIAGE OF Clara Mae FULP and Douglas Dorr Fulp.

### Clara Mae Fulp, Petitioner-Respondent,

### and

### Douglas Dorr Fulp, Respondent-Appellant.

### No. WD 33767.

Missouri Court of Appeals, Western District.

April 26, 1983.

Edgar S. Carroll, Carroll & Carroll, Warrensburg, for respondent-appellant.

Joseph P. Dandurand, Rahm, Rahm & Dandurand, P.C., Warrensburg, for petitioner-respondent.

Before DIXON, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Asserting excessiveness of the award, husband appeals from trial court order awarding periodic maintenance to wife in dissolution of marriage action.

Affirmed. Rule 84.16(b).